```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 11178
   KATHRYN G ROSYPAL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6202

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/22/2004 and was confirmed 05/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/11/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED          13850.00          942.66      13850.00
DAIMLER CHRYSLER FINANCI  UNSECURED         1853.70             .00       1583.08
CITIFINANCIAL MORTGAGE C  CURRENT MORTG         .00             .00            .00
ROUNDUP FUNDING LLC       UNSECURED         2765.08             .00       2361.43
CAPITAL ONE BANK          UNSECURED         3179.44             .00       2715.28
CAPITAL ONE BANK          UNSECURED         2242.36             .00       1915.01
ECAST SETTLEMENT CORP     UNSECURED         4032.36             .00       3443.69
DISCOVER FINANCIAL SERVI  UNSECURED         5646.32             .00       4822.02
MBNA                      UNSECURED        13084.87             .00      11174.64
SALLIE MAE SERVICING      UNSEC W/INTER NOT FILED             .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                         2,436.19
DEBTOR REFUND             REFUND                                          1,052.00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             46,296.00

PRIORITY                                         .00
SECURED                                    13,850.00
    INTEREST                                  942.66
UNSECURED                                  28,015.15
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                        2,436.19
DEBTOR REFUND                               1,052.00
                                        ---------------
TOTALS              46,296.00              46,296.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 11178 KATHRYN G ROSYPAL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |